■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIO MESA, Appellant, v ROBERT J. HENDERSON, as Superintendent of the Auburn Correctional Facility, Respondent.—Judgment unanimously affirmed (see *People ex rel. Barnes v Smith,* 70 AD2d 764). (Appeal from judgment of

Cayuga Supreme Court—habeas corpus.) Present—Dillon, P. J., Cardamone, Hancock, Jr., Callahan and Witmer, JJ.